Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __California__
                         (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: Cannon Constructors North, Inc

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   6000 Shoreline Court
   Number   Street

   #206

   South San Francisco   CA   94080
   City                  State  ZIP Code

   San Francisco
   County

   **Mailing address, if different**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

Debtor  Cannon Constructors North, Inc     Case number (if known)_____
       Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                   MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                   MM / DD / YYYY |

**Part 3:   Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor: **Cannon Constructors North, Inc.**  
Name

Case number (if known): _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Holliday Development LLC | Promissory Note | $ 551,232 |
| HD Mayfair LLC | Promissory Note | $ 1,672,808 |
| HD 3800 LLC | Promissory Note | $ 1,050,000 |
| | Total of petitioners' claims | 5,457,718 |
| | * including attachment | |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner  
Holliday Development LLC — Name  
118 Parkside Drive — Number Street  
Berkeley, CA 94705

Name and mailing address of petitioner's representative, if any  
Rick Holliday — Name  
118 Parkside Drive — Number Street  
Berkeley, CA 94705

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/11/2024 (MM/DD/YYYY)

**X** /s/ Rick Holliday  
Signature of petitioner or representative, including representative's title

**Attorneys**

Eric A. Nyberg / Chris D. Kuhner — Printed name  
Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. — Firm name, if any  
1970 Broadway, Suite 600 — Number Street  
Oakland, CA 94612

Contact phone: 510-763-1000  Email: e.nyberg@kornfieldlaw.com  
Bar number: 131105 / 173291  
State: California

**X** /s/ Eric A. Nyberg  
Signature of attorney

Date signed: 06/12/2024 (MM/DD/YYYY)

Debtor  **Cannon Constructors North, Inc.**  Case number (if known) _____
        Name

**Name and mailing address of petitioner**

HD Mayfair LLC
Name

118 Parkside Drive
Number    Street

Berkeley            CA            94705
City                State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Rick Holliday, Managing Member
Name

118 Parkside Drive
Number    Street

Berkeley            CA            94705
City                State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/ 11 /2024
              MM / DD / YYYY

✖ /s/ Rick Holliday
Signature of petitioner or representative, including representative's title

Eric A. Nyberg / Chris D. Kuhner
Printed name

Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
Firm name, if any

1970 Broadway, Suite 600
Number    Street

Oakland             CA            94612
City                State         ZIP Code

Contact phone  510-763-1000   Email e.nyberg@kornfieldlaw.com

Bar number     131105 / 173291

State          California

✖ /s/ Eric A. Nyberg
Signature of attorney

Date signed    06/ 12 /2024
               MM / DD / YYYY

---

**Name and mailing address of petitioner**

HD 3800 LLC
Name

118 Parkside Drive
Number    Street

Berkeley            CA            94705
City                State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Rick Holliday, Managing Member
Name

118 Parkside Drive
Number    Street

Berkeley            CA            94705
City                State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/11 /2024
              MM / DD / YYYY

✖ /s/ Rick Holliday
Signature of petitioner or representative, including representative's title

Eric A. Nyberg / Chris D. Kuhner
Printed name

Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
Firm name, if any

1970 Broadway, Suite 600
Number    Street

Oakland             CA            94612
City                State         ZIP Code

Contact phone  510-763-1000   Email e.nyberg@kornfieldlaw.com

Bar number     131105 / 173291

State          California

✖ /s/ Eric A. Nyberg
Signature of attorney

Date signed    06/12 /2024
               MM / DD / YYYY

cont. 13. Each Petitioners Claim
Debtor: Cannon Constructors North, Inc.

| Nature of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Palmisano 1993 Revocable Trust | Promissory Note | $1,701,678.08 |
| HD Third Street Investors LLC | Promissory Note | $482,000 |

Debtor **Cannon Constructors North, Inc.**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

The Palmisano 1993 Revocable Trust
Name

75517 Via Pisa
Number    Street

Indian Wells          CA          92210
City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Peter J. Palmisano, Trustee
Name

75517 Via Pisa
Number    Street

Indian Wells          CA          92210
City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/ 8 /2024
             MM  / DD / YYYY

✖  /s/ Peter J. Palmisano

Signature of petitioner or representative, including representative's title

---

Eric A. Nyberg / Chris D. Kuhner
Printed name

Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
Firm name, if any

1970 Broadway, Suite 600
Number    Street

Oakland               CA          94612
City                  State       ZIP Code

Contact phone  510-763-1000   Email  e.nyberg@kornfieldlaw.com

Bar number     131105 / 173291

State          California

✖  /s/ Eric A. Nyberg

Signature of attorney

Date signed    06/ 12 /2024
               MM  / DD / YYYY

---

**Name and mailing address of petitioner**

HD Third Street Investors, LLC
Name

118 Parkside Drive
Number    Street

Berkeley              CA          94705
City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Rick Holliday, Managing Member
Name

118 Parkside Drive
Number    Street

Berkeley              CA          94705
City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/11 /2024
             MM  / DD / YYYY

✖  /s/ Rick Holliday

Signature of petitioner or representative, including representative's title

---

Eric A. Nyberg / Chris D. Kuhner
Printed name

Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
Firm name, if any

1970 Broadway, Suite 600
Number    Street

Oakland               CA          94612
City                  State       ZIP Code

Contact phone  510-763-1000   Email  e.nyberg@kornfieldlaw.com

Bar number     131105 / 173291

State          California

✖  /s/ Eric A. Nyberg

Signature of attorney

Date signed    06/12 /2024
               MM  / DD / YYYY

---