ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Creditors Holiday Development LLC,
HD Mayfair LLC, HD 3800 LLC,
HD Third Street Investors,
and Palmisano 1993 Revocable Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>Cannon Constructors North, Inc.,<br><br>  Debtor | Case No. 24-30447<br>Chapter: 7<br><br>**REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that the undersigned attorney, on behalf of creditors Holiday Development LLC, HD Mayfair LLC, HD 3800 LLC, HD Third Street Investors, and Palmisano 1993 Revocable Trust., pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon:

Eric A. Nyberg, Esq.
Chris D. Kuhner, Esq.
Kornfield, Nyberg, Bendes, Kuhner & Little, PC
1970 Broadway, Suite 600

Request for Special Notice                    -1-

Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above, but also includes, without limitation, orders and notices of any application or motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Dated: July 18, 2024                                        Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.

By: /s/ Eric A. Nyberg
(Bar No. 131105)
Attorneys for Creditors Holiday Development LLC, HD Mayfair LLC, HD 3800 LLC, HD Third Street Investors, and Palmisano 1993 Revocable Trust