JAMES R. FELTON, ESQ. (SBN: 138767)
jfelton@gblawllp.com
JEREMY H. ROTHSTEIN, ESQ. (SBN: 316140)
jrothstein@gblawllp.com
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Debtor
Cannon Constructors North, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.: 24-30447 |
| CANNON CONSTRUCTORS NORTH, INC., | (Chapter 7) |
| Debtor. | **APPLICATION TO APPOINT RESPONSIBLE NATURAL PERSON** |

The application of Cannon Constructors North, Inc. (the "Debtor") respectfully represents:

1. On June 13, 2024, certain petitioning creditors, filed an involuntary bankruptcy petition under chapter 7 of the Bankruptcy Code [Dkt. 1] against the Debtor. The Court entered an order for relief on July 9, 2024.

2. Pursuant to Bankruptcy Local Rule 4002-1, the Debtor proposes that the following person be designated as the natural person to be responsible for its duties and obligations.

James Larry Pace
President
Cannon Constructors North, Inc.
1245 Nimitz Ave, Building 680
Vallejo, CA 94592
Email: lpace@cannongroup.com

1  3. James Larry Pace is the President of Cannon Constructors North, Inc.

DATED: August 8, 2024          CANNON CONSTRUCTORS NORTH, INC.

By: *James Larry Pace*
JAMES LARRY PACE
Its: President

