JAMES R. FELTON, ESQ. (SBN: 138767)
jfelton@gblawllp.com
JEREMY H. ROTHSTEIN, ESQ. (SBN: 316140)
jrothstein@gblawllp.com
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel:  (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Debtor and Debtor in Possession
Cannon Constructors North, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No.: 3:24-bk-30447-HLB |
| CANNON CONSTRUCTORS NORTH, INC., | (Chapter 11) |
| Debtor and Debtor in Possession. | **DECLARATION OF JAMES LARRY PACE IN SUPPORT OF DEBTOR AND DEBTOR IN POSSESSION CANNON CONSTRUCTORS NORTH, INC.'S (I) RESPONSE RE: CREDITORS HOLLIDAY DEVELOPMENT LLC, HD MAYFAIR LLC, HD 3800 LLC, HD THIRD STREET INVESTORS, TWH-CS, L.P. AND HD RELIANT MAYFAIR, LLC'S MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE** |
| | Hearing: <br> DATE:     May 14, 2026 <br> TIME:     10:00 a.m. <br> CTRM:    19 and/or via zoom <br>              U.S. Bankruptcy Court <br>              450 Golden Gate Ave., 16th Fl. <br>              San Francisco, CA 94102 |

I, James Larry Pace, declare as follows:

1.      I am the responsible person for debtor and debtor-in-possession Cannon Constructors North, Inc. ("Cannon"). I make this declaration in support of Debtor and Debtor in Possession Cannon Constructors North, Inc.'s Response regarding Creditors Holliday Development LLC, HD Mayfair LLC, HD 3800 LLC, HD Third Street Investors, TWH-CS, L.P. and HD Reliant Mayfair,

1

LLC's Motion to Convert Chapter 11 Case to Chapter 7 Case [Doc. 203] (the "Motion"). Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

3. This declaration addresses Cannon's communications with Firm Foundation Community Housing ("Firm Foundation") and the City of Vallejo (the "City") concerning the remaining payment dispute on the 2441 Broadway project and Cannon's efforts to obtain a timely funding decision.

4. As stated in the Declaration of Ben Boyd filed concurrently herewith, Cannon has been actively trying to resolve the remaining project payment dispute with Firm Foundation and the City since at least November 2025. Cannon's goal has been to resolve the outstanding project balance, allow unpaid subcontractors and union-related claimants to be paid through a chapter 11 plan, avoid additional litigation over the project, and wind down Cannon in an orderly manner.

5. I have been directly involved in the process, working hand in hand with Ben Boyd on every step mentioned in his declaration.

6. I can confirm that Cannon has followed up repeatedly, provided additional information when requested, clarified the basis for the funding request, and tried to align the City's review process with the timing of this bankruptcy case. I can also confirm that the delays have not resulted from Cannon ignoring the issue or waiting passively for others to act. Each time the City asked for additional information, Cannon responded. Every time an expected Council date passed without a decision; Cannon followed up.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 7, 2026.

Signed by:

*James Larry Pace*

4DFF3159B7D64A7...

JAMES LARRY PACE

2